TARA K. MCGRATH
United States Attorney
KYLE B. MARTIN
Assistant United States Attorney
California Bar No. 267013
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 546-7726
Email: kyle.martin@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>WILDER EMILIO SANCHEZ FARFAN (1),<br>MIGUEL MARTIN CHUNG NUNEZ (2),<br>MIGUEL EDUARDO VALDEZ CAJAMARCA (8),<br>　aka Miguel Angel Valdez Ruiz,<br>NOBERTO ENRIQUE MURIEL CASTRILLON (9),<br><br>　　　　　Defendants. | Case No. 19CR1610-GPC<br><br>BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY |

　　　Plaintiff, the United States of America, by and through its counsel, Tara K. McGrath, United States Attorney, and Kyle B. Martin, Assistant United States Attorney, hereby files the following Bill of Particulars for Forfeiture of Property.

　　　Through the violations of Title 21, United States Code, Sections 959, 960, and 963, as alleged in Count 1 of the Second Superseding Indictment, which violations are punishable by imprisonment of more than one year, and pursuant to Title 21, United States Code, Sections 853(a)(1) and 853(a)(2), as alleged in the Forfeiture Allegations of the Second Superseding Indictment, the United States hereby gives

notice that it is seeking forfeiture of the following additional property pursuant to Title 21, United States Code, Sections 853(a)(1) and 853(a)(2):

> $616,058.12 in U.S. Currency from escrow account on behalf of Agricola Sabael S de RL.

DATED: October 6, 2023.

TARA K. MCGRATH
United States Attorney

s/*Kyle B. Martin*
KYLE B. MARTIN
Assistant United States Attorney